IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| ANGEL LUNAS | : | NO. 10-788-2 |

**O R D E R**

AND NOW, this 29th day of June, 2011, upon consideration of Defendant's Motion for Joinder in Co-defendants Motions (Doc. No. 39), it is ORDERED that the motion is DENIED. The Defendant is directed to file separate motions, clearly setting forth the applicable facts and relevant legal authority.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.